[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 16, 2005
THOMAS K. KAHN
CLERK

No. 05-11325
Non-Argument Calendar
_____

D. C. Docket No. 03-00093-CR-01-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ALVARADO,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(December 16, 2005)

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Jeff P. Manciagli, counsel for Luis Alvarado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alvarado's conviction and sentence is **AFFIRMED**.